07-17318

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RICK J. WILSON,**

                Petitioner-Appellant,

    **v.**

**MIKE KNOWLES, Warden,**

                Respondent-Appellee.

On Appeal from the United States District Court
for the District of California

No. C 04-02858-JW
The Honorable James Ware, Judge

### NOTICE THAT RESPONDENT DOES NOT INTEND TO FILE PETITION FOR WRIT OF CERTIORARI

                KAMALA D. HARRIS
                Attorney General of California
                GERALD A. ENGLER
                Senior Assistant Attorney General
                PEGGY S. RUFFRA
                Supervising Deputy Attorney General
                State Bar No. 117315
                 455 Golden Gate Avenue, Suite 11000
                 San Francisco, CA  94102-7004
                 Telephone: (415) 703-1362
                 Fax: (415) 703-1234
                 Email:  Peggy.Ruffra@doj.ca.gov
                *Attorneys for Respondent-appellee*

On April 6, 2011, this Court granted respondent's motion for a stay of the mandate pending a decision on whether to file a petition for writ of certiorari in the United States Supreme Court. The Court stayed the mandate for 45 days, or until May 23, 2011.

The California Attorney General's Office has determined for procedural reasons that it will not file a certiorari petition in this case. Accordingly, the mandate should issue at the Court's discretion.

Dated:  May 18, 2011               Respectfully Submitted,

                                            KAMALA D. HARRIS
                                            Attorney General of California
                                            GERALD A. ENGLER
                                            Senior Assistant Attorney General

                                            **/S/ PEGGY S. RUFFRA**

                                            PEGGY S. RUFFRA
                                            Supervising Deputy Attorney General
                                            *Attorneys for Respondent-appellee*

SF2008200656
20455061.doc

# CERTIFICATE OF SERVICE

Case Name:   <u>  **Wilson v. Knowles**            </u>        No.   <u>  **07-17318**           </u>

I hereby certify that on <u>May 18, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE THAT RESPONDENT DOES NOT INTEND TO FILE PETITION FOR WRIT OF CERTIORARI**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 18, 2011</u>, at San Francisco, California.

|  <u>     Denise Neves             </u>  |  <u>     **/s/ Denise Neves**          </u>  |
|:---:|:---:|
| Declarant | Signature |

20455081.doc