UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICK J. WILSON,<br><br>       Petitioner - Appellant,<br><br>  v.<br><br>MIKE KNOWLES,<br><br>       Respondent - Appellee. | No. 07-17318<br><br>D.C. No. CV-04-02858-JW<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered April 01, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                FOR THE COURT:
                                                Molly C. Dwyer
                                                Clerk of Court

                                                Rhonda Roberts
                                                Deputy Clerk